1  Your name: Jesus Christ (Michelle Yvonne Wood)
2  Address: 729 Jones St. #308
3  S.F., CA 94109
4  Phone Number: (415) 335-0101
5  Fax Number: _____
6  E-mail Address: _____
7  Pro Se   [Select one: Plaintiff or Defendant]

**FILED**

**OCT 13 2021**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA                    LB
10 [Select one location: San Francisco / Oakland / San Jose / Eureka]

11                                       **CV 21 - 8012**
12  Jesus Christ                    )   Case Number: _____
13  (Michelle Yvonne Wood)          )
                                    )   Title of Document:
14           Plaintiff(s),          )
                                    )   Obstruction of Justice
15           vs.                    )   and Discrimination
                                    )
16  Judge Thomas Hixon              )
17  Judge Vince Chhabria            )
                                    )
18  _____                     )
                                    )
19  _____                     )
                                    )
20  _____                     )
                                    )
21           Defendant(s).          )
                                    )
22
23  _____
24  _____
25  _____
26  _____
27  _____
28  _____

TITLE OF DOCUMENT: Obstruction of Justice and Discrimination   CASE NO.: _____

PAGE NO. ___ OF ___   [JDC TEMPLATE]

1. Dear Honorable Judge of District Court,
2. On September 15, 2020, I filed a lawsuit against
3. Donald Trump for violation of the U.S. constitution and
4. endangerment of the American people. He did so by
5. changing a law, the National Environmental Policy Act
6. without the necessary power and authority to do so. His
7. charge is on three counts (1) He violated Amendment 1
8. by restricting the people's freedom of speech (2) He
9. violated Article 1 by denying Congress its power
10. and authority to make and change laws (3) He betrayed
11. the intentions of the constitution's preamble by which
12. strives to provide the general welfare of the country.
13. He endangered the country by ensuring that
14. global warming would not be covered by the NEPA.
15. Judge Thomas Hixson recommended to Judge Vince
16. Chhabria that he dismiss the case, and Judge
17. Chhabria did as he asked him to do. However, by
18. dismissing the case, both judges committed obstruction
19. of justice and discrimination. They denied me my first
20. amendment right to prosecute in court with claims
21. that were false and discriminated against me for
22. simply being poor (I am disabled with kidney failure - I do
23. dialysis), saying that people who apply for in forma
24. pauperis make baseless claims that should be dismissed.
25. Not only was I treated unfairly by the judges, they
26. also obstructed justice by dismissing the case, because
27. all dismissals are unconstitutional no matter the reasons
28. why they are made. I will explain

TITLE OF DOCUMENT: obstruction of justice and discrimination   CASE NO.:

PAGE NO. 1 OF ___   [JDC TEMPLATE]

Dismissals allow judges the opportunity to deliver non-guilty verdicts to criminals (and civil suit defendants) without the consent of the jury, or that of a judge who hears the case. The prosecutor has no chance to prove the guilt of the defendant, which is his or her right. The victim has no chance to achieve justice for his or her suffering. Crime and other wrongdoing goes unpunished, and since punishment is designed to prevent more crime from being committed, more crime is then committed because there is no deterrence.

Our wonderful judicial system is designed to protect both the victim and the perpetrator of the crime, not just the perpetrator, as dismissals do. Dismissals and, helping defendants, they do nothing to make the system function better. In fact, they completely stop the natural process of the judicial system and put judges in a position of way too much power so that they can basically do anything they want and justify their actions by quoting precedents and decisions made by the Supreme Court, even decisions that are unconstitutional. Also, the obligatory adherence to precedents has no basis in constitutional law, only in legal doctrine. And if the Supreme Court makes a decision that contradicts the Constitution, no judge can legitimately claim that his decision is warranted because the Supreme Court says it's ok.

In this case, the victim of obstruction of justice and discrimination is myself. I have been denied, by

TITLE OF DOCUMENT: Obstruction of Justice and Discrimination   CASE NO.: _____

PAGE NO. 2 OF ___   [JDC TEMPLATE]

1  the judges' false claims, my right to seek justice for
2  Donald Trump's crimes against America, and my freedom
3  to speak in court has been denied. Furthermore, my
4  intention has been labeled "delusional" and "base-
5  less", when in truth, my case is sound and can be
6  proved in court if I am allowed to do so.
7  However, it is not my obligation to prove anything
8  to the judge in my complaint. That is what the
9  trial is for. My complaint needs only to
10 state the allegations, not to prove them.
11     Please review my objections that I made after
12 the dismissal of my case. They explain the
13 falsehood of the reasons why the judges denied me
14 the right to prosecute Mr. Trump for his
15 crimes of violation of the constitution and endanger-
16 ment of the American people. Please understand
17 that judges dismiss cases because they claim
18 they cannot because there is a technicality
19 for this to be found anywhere, certainly not in
20 the U.S. constitution.
21     As far relief, I am requesting that I be
22 allowed to prosecute Mr. Trump. I will regain
23 the dignity that has been taken from me as a
24 litigant, and my first amendment rights will have
25 been preserved. In my trial against Mr.
26 Trump I will need a jury (I asked for one
27 originally, but it was not noted in the docket). I
28 will also need to have Speaker Nancy Pelosi to

TITLE OF DOCUMENT: Obstruction of Justice and discrimination    CASE NO.: _____
PAGE NO. 3 OF ___    [JDC TEMPLATE]

1. subpoenaed to witness for my claim. Her address
2. is 1236 Longworth H.O.B., Washington, DC.
3. 20515
4. Thank you for everything you do for this
5. country. You are a beautiful, compassionate person
6. and I trust you with all my heart.
7.
8.                           God bless you.
9.
10.                        Sincerely
11.                        Jesus Christ
12.                        (Michelle Yvonne Woods)
13. # I want to add to line 8 at page 1 that Mr. Trump
14. made certain that the people would be denied their
15. right to have input into the decision making process
16. of the NEPA, as is the intent of the law.
17.
18. Date: 10/10/2021        Sign Name: Michelle Yvonne Woods
19.                         Print Name: Michelle Yvonne Woods
20.                                     Jesus Christ
21. I will need a jury in this trial

TITLE OF DOCUMENT: Obstruction of Justice al Discrimination   CASE NO.:
PAGE NO. 4 OF ___   [JDC TEMPLATE]

Dear Honorable District Judge,

I am contesting Judge Hixon's dismissal of my claim that Donald John Trump violated the United States constitution and endangered the American people by changing a law, the National Environmental Policy Act. Judge Hixon's excuses for the dismissal are outrageous.

First, Judge Hixon claimed that I failed to state a claim on which relief may be granted. I am the plaintiff in this case because I am an American citizen. What Mr. Trump did to the entire country, he did to me as well. The relief I requested is for all Americans. I am asking for protection from Donald Trump's dangerous behaviors. Monetary relief or compensation will not accomplish the ensurance of this protection. Am I wrong to have the well being of all Americans at heart when I ask that Mr. Trump be restricted from hurting them again? Absolutely not.

Then, Judge Hixon claimed that I did not specify the "crime" I accused Donald Trump of committing. This is ridiculous. Clearly, when I say "crime", I am referring to Mr. Trump's violation of the United States constitution and endangerment of the American people. Judge Hixon continued to paraphrase my claim in a way

that distorts its meaning. Your Honor, please review my claim as I stated it in my complaint.

Next, Judge Tigar's comments on the sua sponte screenings of in forma pauperis are outrightly discriminatory. He said that "[the in forma pauperis statute] is designed largely to discourage the filing of, and waste of judicial and private resource upon baseless lawsuits that paying litigants generally do not initiate because of the cost of bringing suit." He is claiming that poor people like myself are more likely to create baseless lawsuits than people who have money to file lawsuits. There is absolutely no foundation for this assumption.

The judge's explanation of why a lawsuit can be "frivolous" and consequently be subject to dismissal is truly unconstitutional. Regardless of a judge's excuses for dismissing a case, his dismissal allows him to deliver a nonguilty verdict to the defendant without the consent of a jury. Dismissals allow ~~non~~ guilty parties to remain unaccountable without the prosecution having the chance (which is his right) to prove their guilt. Also, when a judge describes a claim as "frivolous",

(8)

and that he is not bound to accept the truth of the plaintiff's accusations, he is again passing judgment on the case without having the truth be debated and considered in court. This is clearly obstruction of justice on the part of the judge. He is completely disabling our judicial system.

Then, when the judge said that "to survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." What does "sufficient" mean" here? If the plaintiff in a case claims that the defendant murdered someone, isn't "he murdered the victim" sufficient? And, how dare the judge argue that he has the authority to judge whether allegations are true or not! Again, he is deciding the verdict of the case without having it heard in court. Why should we have a court system in this country if judges are to be allowed to disrupt it and disable it to the point when it serves no purpose at all?

Judge Hixon goes on to say that my claims are frivolous. He questions my claim that "the entire United States of America were affected by Mr. Trump's crime." Of course the entire country is affected when the people's freedom of speech is denied, when the power of Congress is denied so that it is disabled, and when the survival of the people is threatened by global warming. Naturally, I did not explain in detail in my complaint how and why Mr. Trump committed his crime against America. I didn't need to explain. That is what the court is for.

As I mentioned earlier, the judge claims that my claim is frivolous because I want to restrict Mr. Trump from organizing other people to perpetrate destructive behaviors. Then he criticized my request that Mr. Trump be put on a 5150 psychiatric hold. Is it "frivolous" if I do not want to cause mental anguish in a man that I believe is suicidal? I am Jesus Christ. I know what is going on in the hearts and minds of human beings. Whether you believe me or not, is it wrong for me to try to lessen the potential anguish a mentally unstable person might experience were I to simply

accuse him before the entire world without showing mercy on him as well? My concern for Mr. Trump's well-being does not make my claim delusional or implausible. Then, Judge Hixon compared my claim to one where a defendant is accused of it being a "super-spy". This is absurd.

Finally, Judge Hixon referred to the fact that the Supreme Court recognized presidential immunity from damages and liability for acts within the "outer perimeter" of the president's official responsibility. He continued by stating his opinion that because my claim is based on the former president's actions as president, it is barred by absolute immunity. This is contradictory. The Supreme Court's explanation of the basis on which one can be prosecuted and the basis on which a president can be immune to prosecution is that a president would not be liable for acts within the outer perimeter of his official responsibility, not simply

because his actions occurred while he was president. Also, if Judge Hixon is insinuating that the act of violating the constitution and betraying the nation of the American people falls within the "outer perimeter", he is wrong because changing a law does not qualify as being in the outer perimeter of his responsibility. It is only in the outer perimeter because it is unconstitutional. Changing a law is not part of the responsibility of the president.

There is one more point I want to mention. Even if Judge Hixon concedes that his dismissal was in error, yet he claims that it does not matter because it is the higher authority of the Supreme Court that motivates his decision, I am ready to face the Supreme Court in District Court and hold it accountable for obstructing justice and acting unconstitutionally. The justices of the Court are ordinary people like yourself and are not immune to prosecution. I will demand that they restrict their legal doctrine to the guidelines of the constitution. No one can stop me. If any judge does

try to stop me, I will go after him as well. I am not being unreasonably litigatous, I simply have no other recourse than to go to court to protect my truth.

    Thank you for your consideration.

        Sincerely yours,
        Jesus Christ
        Michelle Yvonne Wood
        729 Jones St #30 D
        S.F., CA 94109
        (415) 335-0101

God bless and keep you.