21-cv-08012-LB

Dear Honorable Judge Hixson,   11/22/21

    I would like to meet and confer with you concerning my lawsuit about you and Judge Chhabria. Both of you are very good men and I in no way want to embarass you or tarnish your reputation in court. It would be so much better if we could settle out of court.

    Please call me and tell me when would be a convenient time to talk with you.

    God bless you

Sincerely,

Jesus Christ
Michelle Yvonne Wood
729 Jones St #308
SF, CA
94109
(415) 335-0101

FILED
~~RECEIVED~~
NOV 22 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Jesus Christ
Murillo Krenar Wood
729 Jones St #308
SF, CA 94109

**RECEIVED**
NOV 22 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Honorable Judge Hixson

Dear Honorable Judge Chhabria,   11/22/21

   I would like to meet and confer with you concerning my lawsuit about you and Judge Hixson (21-cv-08012-LB). Both of you are very good men and I in no way want to embarrass you or tarnish your reputations in court. It would be so much better if we could settle outside of court.

   Please call me and tell me when would be a convenient time to talk with you

   God bless you

Sincerely,
Jesus Christ
Michelle Yvonne Wood
729 Jones St #308
SF, CA
94109
(415) 335-0101

FILED
RECEIVED
NOV 22 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



Jesus Christ
anville Yvonne Wood
426 Jones St #308
SF, CA 94109

(Honorable Judge Chhabria)

RECEIVED
NOV 2 2 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA