IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YVONNE WOOD,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS HIXSON, et al.,<br><br>        Defendants. | Case No. 21-cv-08012-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |

The Court has carefully reviewed the Report and Recommendation filed by Magistrate Judge Laurel Beeler in this matter, see R&R (dkt. 8), and notes that no objection has been filed to it. The Court finds the R&R correct, well-reasoned, and thorough. As the R&R concludes, the lawsuit is frivolous: the judges have judicial immunity, and the plaintiff's recourse is to appeal the prior decision, not collaterally attack it. Id. Accordingly, the Court DISMISSES this case.

**IT IS SO ORDERED.**

Dated: December 15, 2021



CHARLES R. BREYER
United States District Judge